UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCAL 802 MUSICIANS HEALTH BENEFIT FUND, *by its Board of Trustees, et al.*

        Plaintiff,

-against-

EXTREME REACH, INC., *doing business as Talen Partners,*

        Defendants.

---

17cv3472

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    The parties appeared for a status conference on December 6, 2019. This Court directs the Defendant to submit a report regarding the status of Defendant's collection of sample contracts and the date the collection will be complete by December 13, 2019. Plaintiff may respond to Defendant's report with a short letter to this Court by December 18, 2019.

Dated: December 6, 2019
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.