UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| LOCAL 802 MUSICIANS HEALTH BENEFIT FUND, *by its Board of Trustees, et al.* | : | 17cv3472 |
| | : | ORDER |
| Plaintiff, | : | |
| -against- | : | |
| EXTREME REACH, INC., *doing business as Talen Partners,* | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court directs the parties to submit a joint report regarding the status of the audit by May 12, 2020.

Dated: April 28, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.