UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

| | |
|---|---|
| LOCAL 802 MUSICIANS HEALTH BENEFIT FUND, *by its Board of Trustees, et al.* | 17cv3472 |
| Plaintiff, | ORDER |
| -against- | |
| EXTREME REACH, INC., *doing business as Talen Partners,* | |
| Defendants. | |

------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

      This Court directs the parties to submit a joint report regarding the status of the audit by November 9, 2020.

Dated: November 2, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.