UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 802 MUSICIANS HEALTH BENEFIT FUND, *by its Board of Trustees, et al.* | 17cv3472 |
| Plaintiff, | ORDER |
| -against- | |
| EXTREME REACH, INC., *doing business as Talent Partners*, | |
| Defendants. | |

WILLIAM H. PAULEY III, Senior United States District Judge:

    This Court directs the parties to submit a joint status report regarding settlement by June 8, 2021.

Dated: June 2, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.